IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-CV-00049-RLV
(5:03-CR-00004-RLV-3)

| | | |
|---|---|---|
| JORGE GONZALEZ-JAIMES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on consideration of Petitioner's motion for

reconsideration of the Order denying his petition for habeas relief pursuant to 28 U.S.C. § 2241.

Petitioner contends that relief was denied based on the Fourth Circuit's opinion in United

States v. Surratt, 797 F.3d 240 (4th Cir. 2015), however that is plainly not the case. As the Court

noted, the Fourth Circuit, in the case of In re Jones, 226 F.3d 328 (4th Cir. 2000), found that

relief from a sentencing enhancement under § 2241 is only allowed when:

> (1) at the time of conviction settled law of this circuit or the Supreme Court
> established the legality of the conviction; (2) subsequent to the prisoner's direct
> appeal and first § 2255 motion, the substantive law changed such that the conduct
> of which the prisoner was convicted is deemed not to be criminal; and (3) the
> prisoner cannot satisfy the gatekeeping provisions of § 2255 because the new rule
> is not of one of constitutional law.

Id. at 333-34.

For the reasons stated in the Court's Order, (Doc. No. 13), the motion for reconsideration

is denied.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion for reconsideration is

**DENIED**. (Doc. No. 15).

Signed: December 29, 2015

Richard L. Voorhees
United States District Judge